**DISMISS; Opinion Filed June 25, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00683-CV**

**MAX F. ADLER, Appellant**
**V.**
**BARRY SHAFER, DEPENDANT ADMINISTRATOR OF THE ESTATE OF DEBORAH E. ADLER, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 07-21314-S**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans

The Court has before it appellant's June 3, 2013 unopposed motion to dismiss appeal.

We **GRANT** the motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a).

130683F.P05                                          PER CURIAM



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

MAX F. ADLER, Appellant

No. 05-13-00683-CV     V.

BARRY SHAFER, DEPENDENT
ADMINISTRATOR OF THE ESTATE OF
DEBORAH E. ADLER, Appellee

On Appeal from the 255th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 07-21314-S.
Opinion delivered per curiam. Justices Lang,
Myers and Evans sitting for the Court.

      In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

      It is **ORDERED** that appellee BARRY SHAFER, DEPENDENT ADMINISTRATOR OF THE ESTATE OF DEBORAH E. ADLER recover his costs of this appeal from appellant MAX F. ADLER, unless the parties' agreement provides otherwise.

Judgment entered this 25th day of June, 2013.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE